# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02501-WJM-SKC

JEREMY TRUJILLO,

    Plaintiff,

v.

WALMART, INC.,

    Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice, each party to bear his or its own fees and costs related to this action.

DATED this 28th day of February, 2020.

| **HKH EMPLOYMENT ATTORNEYS, LLP** | **BAIRD QUINN LLC** |
|---|---|
| BY: */s/ Shelby Woods* <br> Claire E. Hunter <br> Shelby Woods <br> HKM Employment Attorneys LLP <br> 730 17th Street, Suite 750 <br> Denver, Colorado 80202 <br> Telephone: (720) 668-8969 <br> chunter@hkm.com <br> swoods@hkm.com <br> **Attorneys for Plaintiff** | BY: */s/ J. Mark Baird* <br> J. Mark Baird <br> Beth Doherty Quinn <br> Baird Quinn LLC <br> 2036 East 17th Avenue <br> Denver, Colorado 80206 <br> Telephone: (303) 813-4500 <br> jmb@bairdquinn.com <br> bdq@bairdquinn.com <br> **Attorneys for Defendant** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2020, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE,** was filed and served via CM/ECF system, to the following addresses:

Claire E. Hunter
Shelby Woods
HKM Employment Attorneys LLP
730 – 17th Street, Suite 750
Denver, CO  80202
chunter@hkm.com
swoods@hkm.com

*/s/ Diane Burns*
OF Baird Quinn